# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 2:15-CV-04959-SK<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: November 21, 2016

                                          STEVE KIM
                                        U.S. MAGISTRATE JUDGE